**EXHIBIT F**
**ASSIGNMENT OF DEED OF TRUST**
**1-2**

**This page is part of your document - DO NOT DISCARD**

# 20170333743




**Recorded/Filed in Official Records
Recorder's Office, Los Angeles County,
California**

**03/24/17 AT 10:44AM**

Pages:
0002

| | |
|---|---:|
| FEES: | 18.00 |
| TAXES: | 0.00 |
| OTHER: | 0.00 |
| PAID: | 18.00 |



**L E A D S H E E T**



201703242850008

00013510211



008223281

**SEQ:
01**

DAR - Mail (Intake)



**THIS FORM IS NOT TO BE DUPLICATED**

Exhibit F
1 of 2

Recording Requested By:
Dreambuilder Investments, LLC
Prepared By: PNC Bank N.A.

When Recorded Return To:
Dreambuilder Investments, LLC/Leah Whitworth
PO Box 458
Kimberling City, MO 65686
Ref#: 0000570000005761 / DBI-296712

CaseNbr: 11133576
Ref Number: 4586109653
Property Address:
546 N HIGHLAND AVE
LOS ANGELES, CA 90036
CA0-ADT    8/12/2010

NCC ID# 3858  DBI ID# 117541

Document Number: 13510211

Batch Number: 8223281

This space for Recorder's use

## ASSIGNMENT OF DEED OF TRUST

For Value Received, the undersigned holder of a Deed of Trust (herein "Assignor") whose address is 6750 Miller Road, Brecksville OH 44141 does hereby grant, sell, assign, transfer and convey unto Dreambuilder Investments, LLC whose address is 30 Wall Street, 6th Floor, New York, NY 10005 all beneficial interest under that certain Deed of Trust described below together with the note(s) and obligations therein described and the money due and to become due thereon with interest and all rights accrued or to accrue under said Deed of Trust.

| | |
|---|---|
| Original Lender: | NATIONAL CITY BANK |
| Original Borrower(s): | STEPHEN C DREHER AND MELINDA DREHER, HUSBAND AND WIFE AS JOINT TENANTS |
| Original Trustee: | National City Bank |
| Date of Deed of Trust: | 4/17/2007 |
| Original Loan Amount: | $350,000.00 |

Recorded in Los Angeles County, CA on: 4/25/2007, book N/A, page N/A and instrument number 20070996104

IN WITNESS WHEREOF, the undersigned has caused this Assignment of Deed of Trust to be executed on 8/12/2010

PNC BANK, N.A. SUCCESSOR BY MERGER TO NATIONAL CITY BANK

By: _____
Ronald E. Rooney, President

State of SC, County of Lexington

The foregoing instrument was acknowledged before me, a Notary Public, on 8/12/2010 by Ronald E. Rooney, President of PNC BANK, N.A. SUCCESSOR BY MERGER TO NATIONAL CITY BANK on behalf of the corporation.

Notary Public: Frances Y King
My Commission Expires: 5/26/2020

FRANCES Y KING
Notary Public
State of South Carolina
My Commission Expires 05/26/2020

Exhibit F
2 of 2