Daniel L. Rottinghaus, California Bar No. 131949
Scott M. Mackey, California Bar No. 222217
Seema N. Kadaba, California Bar No. 304952
**BERDING & WEIL LLP**
2175 N. California Blvd, Suite 500
Walnut Creek, California 94596
Telephone:   925/838-2090
Facsimile:   925/820-5592
drottinghaus@berdingweil.com
smackey@berdingweil.com
skadaba@berdingweil.com

Attorneys for Plaintiffs
STEPHEN AND MELINDA DREHER

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| STEPHEN AND MELINDA DREHER,<br><br>Plaintiffs,<br><br>vs.<br><br>THE PNC FINANCIAL SERVICES GROUP, INC., a Pennsylvania Corporation, successor by merger to/with NATIONAL CITY BANK; DREAMBUILDER INVESTMENTS, LLC, A New York Limited Liability Company; and DOES 1-50,<br><br>Defendant. | Case No. 2:18-cv-07827<br><br>**DECLARATION OF SCOTT M. MACKEY RE: SERVICE ON DEFENDANTS THE PNC FINANCIAL SERVICES GROUP, INC. AND DREAM BUILDER INVESTMENTS LLC** |
|---|---|

I, Scott M. Mackey, hereby declare as follows:

1.  I am a partner with the law firm of Berding & Weil LLP, attorneys for Plaintiffs STEPHEN and MELINDA DREHER ("Plaintiffs"), and have personal knowledge of the facts set forth in this declaration. If called upon to do so, I could competently testify to the facts set forth below.

2.  On September 7, 2018, Plaintiffs filed a Complaint for Damages naming THE PNC FINANCIAL SERVICES GROUP ("PNC") and DREAMBUILDER INVESTMENTS, LLC ("Dreambuilder") as Defendants for Cancellation of Lien, Slander of Title, Fraud, Intentional

1. Interference with Prospective Economic Advantage, and Declaratory Relief arising out of an Assignment of the Deed of Trust that was unbeknownst to Plaintiffs improperly recorded upon Plaintiffs' real property, located at 546 North Highland Avenue, Los Angeles, California, 90036 ("Home"), thereby preventing and interfering with Plaintiffs' ability to sell their Home.

2. On September 17, 2018, Plaintiffs effectuated service of their Complaint upon PNC. A copy of the proof of service for PNC was filed with this Court on November 27, 2018, but was stricken by the Court on November 30, 2018.

3. On November 30, 2018, Plaintiffs mailed a copy of the Summons and Complaint to the attention of PNC's corporate officers William S. Demchak (President), George Long (Secretary), Joseph Guyaux (Vice President), and William Parsley (Treasurer) in accordance with California Code of Civil Procedure section 415.40, which permits service by mail of an out-of-state defendant.

4. On January 3, 2019, Plaintiffs filed a Proof of Service for PNC by and through service of the summons and Complaint upon the following: William S. Demchak, President of PNC; George Long, Secretary of PNC; William Parsley, Treasurer of PNC; and Joseph Guyaux, Vice President of PNC. As such, PNC's responsive pleading is due on or before **February 2, 2019**.

5. As for Dreambuilder, after reasonable diligence, Plaintiffs have been unable to locate and serve Dreambuilder with the Summons and Complaint. Although the address identified on the Secretary of State of New York's website for Dreambuilder is 30 Wall Street, 5th Floor, New York, New York, Dreambuilder is not located at that address. All of the first class mail sent to that address from our office since the filing of the Complaint has been returned from the United States Post Office and, according to a process server hired by our office to attempt to personally serve Dreambuilder with the Summons and Complaint, Dreambuilder is no longer at 30 Wall Street, 5th Floor, New York, New York. A true and correct copy of the Declaration of Due Diligence dated November 21, 2018 and prepared by the process server detailing this attempt is attached hereto as **Exhibit A**.

///

6. Plaintiffs then attempted to locate former presidents and chief executive officers as well as other heads of the corporations, vice presidents, secretaries, assistant secretaries, treasurers, assistant treasurers, controllers, chief financial officers, general managers, or other persons authorized by the corporation to receive service of process of the Summons and Complaint on behalf of Dreambuilder.

7. Plaintiffs attempted to serve George Palmer, an officer of Dreambuilder, at his business address, to no avail, as the address we could locate was for a virtual office that Mr. Palmer is not physically present at and uses as an address for a Boston mailing address and phone number. A true and correct copy of the Declaration of Due Diligence dated January 4, 2019 and prepared by the process server detailing this attempt is attached hereto as **Exhibit B**.

8. Plaintiffs attempted to serve Peter J. Andrews, an officer of Dreambuilder, at his home address, to no avail, as he refused to accept service. A true and correct copy of the Declaration of Due Diligence dated January 10, 2019 and prepared by the process server detailing this attempt is attached hereto as **Exhibit C**.

9. On January 9, 2019, pursuant to Federal Rule of Civil Procedure Rule 4(c)(3), Plaintiffs sent a letter to the New York Sherriff's Department, requesting service on Peter J. Andrews, as an Officer of Dreambuilder. A true and correct copy of this request is attached hereto as **Exhibit D**.

10. On January 10, 2019, the New York City Department of Finance, Office of the Sheriff informed the process server that the request was received and would take two weeks before a status would be available. A true and correct copy of the Service of Process Intake from the New York City Department of Finance, Office of the Sheriff is attached hereto as **Exhibit E**.

///
///
///
///
///
///

9.      Accordingly, Plaintiffs request, pursuant to Federal Rule of Civil Procedure Rule 4(m), that the Court extend the time for service of the Summons and Complaint upon Dreambuilder for an additional sixty (60) days.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct. Executed this 17th of January, 2019, in Walnut Creek, California.

_____
Scott M. Mackey

X:\Wdocs\6799\94\PLD\00969152.DOCX

BERDING & WEIL, LLP
2175 N California Blvd Suite 500
Walnut Creek, California 94596

DECLARATION OF SCOTT M. MACKEY RE: SERVICE ON DEFENDANTS THE PNC FINANCIAL SERVICES GROUP, INC. AND DREAM BUILDER INVESTMENTS LLC
-4-

# EXHIBIT A

| ATTORNEY (S) NAME & ADDRESS<br>Daniel L. Rottinghaus (SBN 131949)<br>Scott M. Mackey (SBN 222217)<br>BERDING & WEIL, LLP<br>2175 N. California Blvd., Suite 500<br>Walnut Creek, CA 94596<br>Tel. No.: 925.838.2090    Fax No.: 925.820.5592<br>*Attorney(s) for Plaintiffs* STEPHEN and MELINDA DREHER<br>*Reference:* BERWEWC-0002677-MB | FOR COURT USE ONLY |
|---|---|
| **UNITED STATES DISTRICT COURT**<br>**CENTRAL DISTRICT OF CALIFORNIA** | |
| PLAINTIFF/PETITIONER: STEPHEN AND MELINDA DREHER,<br><br>DEFENDANT/RESPONDENT: THE PNC FINANCIAL SERVICES GROUP, INC., a Pennsylvania Corporation, successor by merger to/with NATIONAL CITY BANK; DREAMBUILDER INVESTMENTS, LLC, A New York Limited Liability Company; and DOES 1 - 50 | |
| DECLARATION OF DILIGENCE | CASE No.:<br>2:18-cv-07827 MWF (FFM) |

I, MATTHEW ANDERSON, declare that I have personal, firsthand knowledge of the following facts, and if called and sworn as a witness, I can and will testify competently thereto. I and any employees or agents retained by EXPRESS NETWORK, 1605 W. Olympic Blvd., 8th Floor, Los Angeles, California 90015 (213) 975-9850, are and were on the dates mentioned herein over the age of 18 years and not a party to this action.

On November 9, 2018, EXPRESS NETWORK, received the following document(s): SUMMONS IN A CIVIL ACTION; COMPLAINT FOR DAMAGES; CIVIL COVER SHEET; CERTIFICATION AND NOTICE OF INTERESTED PARTIES; NOTICE OF ASSIGNMENT TO UNITED STATES JUDGES; NOTICE TO PARTIES OF COURT-DIRECTED ADR PROGRAM, to be served on DREAMBUILDER INVESTMENTS, LLC, A New York Limited Liability Co., at the following address:

ATTEMPTED SERVICE AT:
30 Wall Street, 6th Floor
New York, NY 10005

11/15/2018 at 3:22pm       SPOKE WITH THE BUILDING SECURITY AT THE LOCATION WHO STATED THAT DREAMBUILDER INVESTMENTS, LLC MOVED OUT TWO MONTHS AGO. THEY DID NOT HAVE A FORWARDING ADDRESS.

Person serving:
BOBBY ALI
Express Network
1605 W. Olympic Blvd., 8th Floor
Los Angeles, California 90015

(X) Not a Registered California Process Server
(1) Employee or Independent Contractor
(2) Registration No.:
(3) County:

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Date: NOVEMBER 21, 2018                    _____

DECLARATION OF DILIGENCE

# EXHIBIT B

| ATTORNEY (S) NAME & ADDRESS | FOR COURT USE ONLY |
|---|---|
| Daniel L. Rottinghaus (SBN 131949) <br> Scott M. Mackey (SBN 222217) <br> BERDING & WEIL, LLP <br> 2175 N. California Blvd., Suite 500 <br> Walnut Creek, CA 94596 <br> Tel. No.: 925.838.2090       Fax No.: 925.820.5592 <br> *Attorney(s) for Plaintiffs:* STEPHEN and MELINDA DREHER <br> *Reference:* BERWEWC-0002790-TF | |
| **UNITED STATES DISTRICT COURT** <br> **CENTRAL DISTRICT OF CALIFORNIA** | |
| PLAINTIFF/PETITIONER: STEPHEN AND MELINDA DREHER, <br><br> DEFENDANT/RESPONDENT: THE PNC FINANCIAL SERVICES GROUP, INC., a Pennsylvania Corporation, successor by merger to/with NATIONAL CITY BANK; DREAMBUILDER INVESTMENTS, LLC, A New York Limited Liability Company; and DOES 1 - 50 | |
| DECLARATION OF DILIGENCE | CASE No.: <br> 2:18-cv-07827 MWF (FFM) |

I, JOHN RYMASZEWSKI, declare that I have personal, firsthand knowledge of the following facts, and if called and sworn as a witness, I can and will testify competently thereto. I and any employees or agents retained by EXPRESS NETWORK, 1605 W. Olympic Blvd., 8th Floor, Los Angeles, California 90015 (213) 975-9850, are and were on the dates mentioned herein over the age of 18 years and not a party to this action.

On November 28, 2018, EXPRESS NETWORK, received the following document(s): SUMMONS IN A CIVIL ACTION; COMPLAINT FOR DAMAGES; CIVIL COVER SHEET; CERTIFICATION AND NOTICE OF INTERESTED PARTIES; NOTICE OF ASSIGNMENT TO UNITED STATES JUDGES; NOTICE TO PARTIES OF COURT-DIRECTED ADR PROGRAM, to be served on DREAMBUILDER INVESTMENTS, LLC, A New York Limited Liability Co., at the following address:

**ATTEMPTED SERVICE AT:**
**200 PORTLAND STREET, 5TH FLOOR**
**BOSTON, MA 02114**

11-29-2018 AT 10:00AM          THIS ADDRESS IS A VITURAL OFFICE THAT IS SHARED BY HUNDREDS OF COMPANIES. GREGORY PALMER IS NEVER HERE AND USES THIS ADDRESS FOR A BOSTON MAILING ADDRESS/PHONE NUMBER.

Person serving: <br>
JOHN RYMASZEWSKI <br>
Express Network <br>
1605 W. Olympic Blvd., 8th Floor <br>
Los Angeles, California 90015

(X) Not a Registered California Process Server <br>
(1) Employee or Independent Contractor <br>
(2) Registration No.: <br>
(3) County:

*I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.*

Date: JANUARY 4, 2019

DECLARATION OF DILIGENCE

# EXHIBIT C

| ATTORNEY (S) NAME & ADDRESS<br>Daniel L. Rottinghaus (SBN 131949)<br>Scott M. Mackey (SBN 222217)<br>BERDING & WEIL, LLP<br>2175 N. California Blvd., Suite 500<br>Walnut Creek, CA 94596<br>Tel. No.: 925.838.2090          Fax No.: 925.820.5592<br>*Attorney(s) for Plaintiffs:* STEPHEN and MELINDA DREHER<br>*Reference:* BERWEWC-0002763-TF.a | FOR COURT USE ONLY |
|---|---|
| **UNITED STATES DISTRICT COURT**<br>**CENTRAL DISTRICT OF CALIFORNIA** ||
| PLAINTIFF/PETITIONER: STEPHEN AND MELINDA DREHER,<br><br>DEFENDANT/RESPONDENT: THE PNC FINANCIAL SERVICES GROUP, INC., a Pennsylvania Corporation, successor by merger to/with NATIONAL CITY BANK; DREAMBUILDER INVESTMENTS, LLC, A New York Limited Liability Company; and DOES 1 - 50 ||
| DECLARATION OF DILIGENCE | CASE No.:<br>2:18-cv-07827 MWF (FFM) |

I, BOBBY ALI, declare that I have personal, firsthand knowledge of the following facts, and if called and sworn as a witness, I can and will testify competently thereto. I and any employees or agents retained by EXPRESS NETWORK, 1605 W. Olympic Blvd., 8th Floor, Los Angeles, California 90015 (213) 975-9850, are and were on the dates mentioned herein over the age of 18 years and not a party to this action.

On November 20, 2018, EXPRESS NETWORK, received the following document(s): SUMMONS IN A CIVIL ACTION; COMPLAINT FOR DAMAGES; CIVIL COVER SHEET; CERTIFICATION AND NOTICE OF INTERESTED PARTIES; NOTICE OF ASSIGNMENT TO UNITED STATES JUDGES; NOTICE TO PARTIES OF COURT-DIRECTED ADR PROGRAM, to be served on DREAMBUILDER INVESTMENTS, LLC, A New York Limited Liability Co., at the following address:

ATTEMPTED SERVICE AT:
55 LIBERTY STREET, APT 13C
NEW YORK, NY 10005

11-21-2018 AT 10:50AM          DOORMAN REFUSED TO CALL IF WE WERE SERVING PROCESS. HE SAID THAT ALL SERVICE MUST BE APPROVED BY/ROUTED THROUGH THE MANAGING AGENT FOR THE BUILDING. A COMPANY CALLED "FIRST SERVICE RESIDENTIAL" THEY ARE A BIG COMPANY AND HANDLE THE MANAGEMENT SERVICES FOR A LOT OF BUILDINGS.

*(OFFICE STAFF TRIED TO REACH OUT TO THE BUILDING'S MANAGING AGENT BUT NEVER HEARD BACK)*

Person serving:
BOBBY ALI
Express Network
1605 W. Olympic Blvd., 8th Floor
Los Angeles, California 90015

(X) Not a Registered California Process Server
(1) Employee or Independent Contractor
(2) Registration No.:
(3) County:

*I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.*

Date: JANUARY 10, 2019

DECLARATION OF DILIGENCE

| ATTORNEY (S) NAME & ADDRESS<br>Daniel L. Rottinghaus (SBN 131949)<br>Scott M. Mackey (SBN 222217)<br>BERDING & WEIL, LLP<br>2175 N. California Blvd., Suite 500<br>Walnut Creek, CA 94596<br>Tel. No.: 925.838.2090   Fax No.: 925.820.5592<br>*Attorney(s) for Plaintiffs:* STEPHEN and MELINDA DREHER<br>*Reference:* BERWEWC-0002763-TF.b | FOR COURT USE ONLY |
|---|---|
| **UNITED STATES DISTRICT COURT**<br>**CENTRAL DISTRICT OF CALIFORNIA** | |
| PLAINTIFF/PETITIONER: STEPHEN AND MELINDA DREHER,<br><br>DEFENDANT/RESPONDENT: THE PNC FINANCIAL SERVICES GROUP, INC., a Pennsylvania Corporation, successor by merger to/with NATIONAL CITY BANK; DREAMBUILDER INVESTMENTS, LLC, A New York Limited Liability Company; and DOES 1 - 50 | |
| DECLARATION OF DILIGENCE | CASE No.:<br>2:18-cv-07827 MWF (FFM) |

I, LIGNO SANCHEZ, declare that I have personal, firsthand knowledge of the following facts, and if called and sworn as a witness, I can and will testify competently thereto. I and any employees or agents retained by EXPRESS NETWORK, 1605 W. Olympic Blvd., 8th Floor, Los Angeles, California 90015 (213) 975-9850, are and were on the dates mentioned herein over the age of 18 years and not a party to this action.

On DECEMBER 3, 2018, EXPRESS NETWORK, received the following document(s): SUMMONS IN A CIVIL ACTION; COMPLAINT FOR DAMAGES; CIVIL COVER SHEET; CERTIFICATION AND NOTICE OF INTERESTED PARTIES; NOTICE OF ASSIGNMENT TO UNITED STATES JUDGES; NOTICE TO PARTIES OF COURT-DIRECTED ADR PROGRAM, to be served on DREAMBUILDER INVESTMENTS, LLC, A New York Limited Liability Co., at the following address:

ATTEMPTED SERVICE AT:
55 LIBERTY STREET, APT 13C
NEW YORK, NY 10005

| 12-03-2018 AT 7:33PM | THE DOORMAN CALLED AND RECEIVED NO ANSWER |
| 12-08-2018 AT 09:34AM | THE DOORMAN CALLED AND RECEIVED NO ANSWER |

Person serving:
LIGNO SANCHEZ
Express Network
1605 W. Olympic Blvd., 8th Floor
Los Angeles, California 90015

(X) Not a Registered California Process Server
(1) Employee or Independent Contractor
(2) Registration No.:
(3) County:

*I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.*

Date: JANUARY 10, 2019

DECLARATION OF DILIGENCE

# EXHIBIT D

# BERDING | WEIL
## ATTORNEYS AT LAW

BERDING & WEIL LLP

**WALNUT CREEK**
2175 N. California Blvd.
Suite 500
Walnut Creek, CA 94596
925.838.2090
925.820.5592 f

**COSTA MESA**
575 Anton Boulevard
Suite 1080 Metro Center
Costa Mesa, CA 92626
714.429.0600
714.429.0699 f

**SAN DIEGO**
1660 Hotel Circle North
Suite 701
San Diego, CA 92108
858.625.3900
858.625.3901 f

WWW.BERDINGWEIL.COM

January 9, 2019

**VIA MESSENGER**

New York Sheriff's Department
Manhattan Division
66 John Street
13th Floor
New York, NY, 10038

Re: Steve and Melissa Dreher v. The PNC Financial Services Group, Inc., et al.
United Stated District Court – Central District of California
Case No. 2:18-CV-07827-MWF-FFM

To Whom It May Concern:

We represent Plaintiffs in the above-referenced matter. Please serve the attached documents (3 copies) on Peter J. Andrews, as an Officer of Dreambuilder Investments, LLC, a New York Limited Liability Company, 55 Liberty Street, Apartment 13C, New York, NY 10005.

Summons in a Civil Action
Complaint for Damages
Civil Case Coversheet
Notice of Parties of Court Directed ADR Program
Certification and Notice of Interested Parties
Notice of Assignment to United States Judges

Also enclosed is the $32.00 fee for service of process. Proof of Service should be mailed to the Walnut Creek address above, to my attention. Should you have any questions, please do not hesitate to call – 925-838-2090 office or 925-262-3613 cell.

Thank you.

Very truly yours,

BERDING & WEIL LLP

*Michele Poloka*

Michele Poloka
Senior Legal Assistant
mpoloka@berdingweil.com

EMP:mp
Enclosures

EXHIBIT E



**NYC Department of Finance • Office of the Sheriff**



## SERVICE OF PROCESS INTAKE

Mail to: County Office of the Sheriff where the services are to be made. County Sheriff locations are listed on the reverse side.

**Instructions:** Use this form to request services from the Office of the Sheriff. Service can include notices, petitions, subpoenas, orders, writs and other related papers. Please read the entire page before completing and see reverse side for informaiton regarding service fees and borough locations of the Office of the Sheriff. **Please note:** This form **MUST** be completed in English.

### SECTION I - FILING PARTY INFORMATION

Filing Party: KEATING & WALKER
Daytime Telephone No.: 212.964.6444
Address: 116 NASSAU ST, #816 City: NEW YORK State: NY Zip Code: 10038

### SECTION II - COURT INFORMATION

The Summons was obtained in the following Court:

☐ FAMILY COURT ☐ SUPREME COURT ☐ CIVIL COURT ☒ OTHER COURT US FED.

County of: ☐ NEW YORK ☐ BRONX ☐ KINGS ☐ QUEENS ☐ RICHMOND ☐ OTHER ____

Court Address: 350 WEST 1ST ST. City: Los Angeles State: CA Zip Code: 90012

### SECTION III - SUBJECT INFORMATION

Person To Be Served: PETER J. ANDREWS Date of Birth: UNKNOWN SSN: UNKNOWN

Address: 55 LIBERTY STREET, APT. 13-C Borough: NEW YORK Zip Code: 10005

Best Time to Attempt Service at this address: ____ Home Number: ____ Cell Number: ____

Alternative Address: ____ Borough: ____ Zip Code: ____

Best Time to Attempt Service at this address: ____ Home Number: ____ Cell Number: ____

Employer: ____ Address: ____

Physical Description: Picture Provided? ☐ YES ☒ NO

Sex: ____ Height: ____ Weight: ____ Hair: ____ Skin: ____ Tatoos/Other: ____

Vehicle Information: Make: ____ Model: ____ Year: ____ Color: ____

### SECTION III - GENERAL INFORMATION

Indicate below any information which may be helpful in effecting a prompt and safe service of the person: i.e. best time to serve papers, criminal activity at location, threats of violence, animals, person is emotionally disturbed or any other behavior or circumstance.

### SECTION IV - CERTIFICATION

The undersigned hereby affirms to the best of his/her knowledge that the mandate being filed is in full effect, and request is made to the Sheriff for service by statutory authority.

Signature: [signed] Date: 01/11/2019

Visit Finance at nyc.gov/finance

SH-0609 11.10.2016