1 Daniel L. Rottinghaus, California Bar No. 131949
   Scott M. Mackey, California Bar No. 222217
2 Seema N. Kadaba, California Bar No. 304952
   **BERDING & WEIL LLP**
3 2175 N. California Blvd, Suite 500
   Walnut Creek, California 94596
4 Telephone:    925/838-2090
   Facsimile:    925/820-5592
5 drottinghaus@berdingweil.com
   smackey@berdingweil.com
6 skadaba@berdingweil.com

7 Attorneys for Plaintiffs
   STEPHEN AND MELINDA DREHER
8

9               UNITED STATES DISTRICT COURT

10              CENTRAL DISTRICT OF CALIFORNIA

11

| | |
|---|---|
| STEPHEN AND MELINDA DREHER, | Case No. 2:18-cv-07827 |
| Plaintiffs, | **PLAINTIFFS' APPLICATION FOR ENTRY OF DEFAULT AGAINST DEFENDANT DREAMBUILDER INVESTMENTS, LLC** |
| vs. | |
| THE PNC FINANCIAL SERVICES GROUP, INC., a Pennsylvania Corporation, successor by merger to/with NATIONAL CITY BANK; DREAMBUILDER INVESTMENTS, LLC, A New York Limited Liability Company; and DOES 1-50, | Complaint Filed: September 7, 2018 |
| Defendant. / | |

TO THE CLERK OF THE UNITED STATES DISTRICT COURT FOR THE CENTRAL DISTRICT OF CALIFORNIA:

As provided by Rule 55 of the Federal Rules of Civil Procedure, Plaintiffs STEPHEN and MELINDA DREHER ("Plaintiffs") hereby request that the Clerk enter the default of the following Defendant for failure to plead or otherwise defend against this action in a timely manner:

- **DREAMBUILDER INVESTMENTS, LLC**

As evidenced by the proof of service on file with this Court on January 31, 2019, the above-named Defendant was served pursuant to Rule 4 of the Federal Rules of Civil Procedure on January 17, 2019. (See **Exhibit "A"** to the Declaration of Scott Mackey in Support of

-1-
PLAINTIFFS' APPLICATION FOR ENTRY OF DEFAULT AGAINST DEFENDANT DREAMBUILDER INVESTMENTS, LLC

BERDING & WEIL, LLP
2175 N California Blvd Suite 500
Walnut Creek, California 94596

1  Application for Entry of Default). Under Rule 12 of the Federal Rules of Civil Procedure, the
2  applicable time limit for the above-named Defendant to appear or otherwise respond to this action
3  was February 7, 2019, which as of the date of this Application for Entry of Default has since
4  expired. (See **Exhibit "B"** to the Declaration of Scott Mackey in Support of Application for Entry
5  of Default).

6  To date, the above-named Defendant has failed to plead or otherwise respond to the
7  complaint. Therefore, Plaintiffs respectfully request that the Clerk enter default against the above-
8  named Defendant. This request is based on the Declaration of Plaintiffs' counsel, Scott M.
9  Mackey, the attached exhibit, and all applicable statutes.

11  Date: February 20, 2019                    **BERDING & WEIL LLP**

13                                              By:_____
14                                                  Daniel L. Rottinghaus
                                                    Scott M. Mackey
15                                                  Seema N. Kadaba
                                                    Attorneys for Plaintiff
16                                                  STEPHEN AND MELINDA DREHER

X:\Wdocs\6799\94\PLD\00981027.DOCX

-2-
PLAINTIFFS' APPLICATION FOR ENTRY OF DEFAULT AGAINST DEFENDANT DREAMBUILDER INVESTMENTS, LLC

BERDING & WEIL, LLP
2175 N California Blvd Suite 500
Walnut Creek, California 94596

# PROOF OF SERVICE

**Case Name:** *Stephen and Melinda Dreher v. The PNC Financial Services Group, Inc., et al.*
**Case No:** U.S. States District Court – Central District California: 2:18-cv-07827-MWF-FFM

I am employed in the County of Contra Costa, State of California. My business address is 2175 N. California Blvd., Suite 500, Walnut Creek, California 94596. I am over the age of eighteen years, and not a party to the within action.

On February 20, 2019, I served the within:

**PLAINTIFFS' APPLICATION FOR ENTRY OF DEFAULT AGAINST DEFENDANT DREAMBUILDER INVESTMENTS, LLC**

on the party[ies] listed below, addressed as follows:

**(SEE ATTACHED SERVICE LIST)**

☐ **By First Class Mail/Ordinary Business Practices [C.C.P. §§ 1013, 1013a].** By causing a true copy thereof to be enclosed in a sealed envelope or package, addressed to the party[ies] as stated on the attached service list. I am readily familiar with the firm's business practice for collection and processing of envelopes and packages for mailing with the United States Postal Service. Under the firm's practice, mail is deposited in the ordinary course of business with the United States Postal Service at Walnut Creek, California, that same day, with postage thereon fully prepaid. I am aware that upon motion of the party served, service is presumed invalid if postal cancellation date or postage meter date on the envelope or package is more than one day after the date of deposit for mailing.

☐ **By Overnight Delivery [C.C.P. § 1013, 1013a].** By causing a true copy thereof to be enclosed in a sealed envelope or package designated by the express service carrier, with all delivery fees paid or provided for, addressed to the party[ies] as stated on the attached service list. I am readily familiar with the firm's business practice for collection and processing of overnight deliveries for deposit in a box or other facility regularly maintained by the express service carrier, or delivered to an authorized courier or driver authorized by the express service carrier to receive documents. Under the firm's practice, overnight deliveries are deposited in the ordinary course of business with the express service carrier at Walnut Creek, California, that same day.

☐ **By Personal Service [C.C.P. § 1011].** By causing a true copy thereof to be hand-delivered in a sealed envelope or package addressed to the party[ies] as stated on the attached service list.

☒ **By Electronic Service.** The above document was served electronically on the parties appearing on the attached service list associated with this case. A copy of the electronic mail transmission[s] will be maintained with the proof of service document.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct. Executed February 20, 2019, at Walnut Creek, California.

By: *Barbara Curzi*
Barbara Curzi

| | |
|---|---|
| 1 | **SERVICE LIST** |

| | |
|---|---|
| **Case Name:** | *Stephen and Melinda Dreher v. The PNC Financial Services Group, Inc., et al.* |
| **Case No:** | U.S. States District Court – Central District California: 2:18-cv-07827-MWF-FFM |

Peter J. Van Zandt, Esq.
LeCLAIR RYAN, LLP
44 Montgomery Street, Suite 3100
San Francisco, CA 94104
Telephone: (415) 391-7111
Facsimile: (415) 391-8766
peter.vanzandt@leclairryan.com

Attorneys for Defendant
PNC BANK, N.A. sued erroneously as THE
PNC FINANCIAL SERVICES GROUP, INC.
Xa Pennsylvania Corporation, successor by
merger to NATIONAL CITY BANK

X:\Wdocs\6799\94\PLDPOS\00980042.DOCX

BERDING & WEIL, LLP
2175 N California Blvd  Suite 500
Walnut Creek, California 94596