1  Daniel L. Rottinghaus, California Bar No. 131949
   Scott M. Mackey, California Bar No. 222217
2  Seema N. Kadaba, California Bar No. 304952
   **BERDING & WEIL LLP**
3  2175 N. California Blvd, Suite 500
   Walnut Creek, California 94596
4  Telephone:    925/838-2090
   Facsimile:    925/820-5592
5  drottinghaus@berdingweil.com
   smackey@berdingweil.com
6  skadaba@berdingweil.com

7  Attorneys for Plaintiffs
   STEPHEN AND MELINDA DREHER
8

9                  UNITED STATES DISTRICT COURT

10                 CENTRAL DISTRICT OF CALIFORNIA

11

12 STEPHEN AND MELINDA DREHER,           Case No. 2:18-cv-07827

13              Plaintiffs,              **DECLARATION OF SCOTT M.
                                         MACKEY IN RESPONSE TO ORDER
14      vs.                              TO SHOW CAUSE RE: DISMISSAL
                                         FOR LACK OF PROSECUTION**
15 THE PNC FINANCIAL SERVICES GROUP,
   INC., a Pennsylvania Corporation, successor
16 by merger to/with NATIONAL CITY BANK;
   DREAMBUILDER INVESTMENTS, LLC, A    Complaint Filed:  September 7, 2018
17 New York Limited Liability Company; and  OSC Date:         February 22, 2019
   DOES 1-50,
18
                Defendant.              /
19

20

21 I, Scott M. Mackey, hereby declare as follows:

22      1.      I am a partner with the law firm of Berding & Weil LLP, attorneys for Plaintiffs

23 STEPHEN and MELINDA DREHER ("Plaintiffs"), and have personal knowledge of the facts set

24 forth in this declaration.  If called upon to do so, I could competently testify to the facts set forth

25 below.

26      2.      On September 7, 2018, Plaintiffs filed a Complaint for Damages naming THE PNC

27 FINANCIAL SERVICES GROUP, INC. ("PNC") and DREAMBUILDER INVESTMENTS,

28 LLC ("DREAMBUILDER") as Defendants for Cancellation of Lien, Slander of Title, Fraud,

BERDING & WEIL, LLP
2175 N California Blvd  Suite 500
Walnut Creek, California 94596

DECLARATION OF SCOTT M. MACKEY RE: SERVICE ON DEFENDANTS THE PNC FINANCIAL
SERVICES GROUP, INC. AND DREAM BUILDER INVESTMENTS LLC                    -1-

Intentional Interference with Prospective Economic Advantage, and Declaratory Relief arising out of an Assignment of the Deed of Trust that was, unbeknownst to Plaintiffs, improperly recorded upon Plaintiffs' real property, located at 546 North Highland Avenue, Los Angeles, California, 90036 ("Home"), thereby preventing and interfering with Plaintiffs' ability to sell their Home.

3.      On September 17, 2018, Plaintiffs effectuated service of their Complaint upon PNC. A copy of the proof of service for PNC was filed with this Court on November 27, 2018, but was stricken by the Court on November 30, 2018.

4.      On November 30, 2018, Plaintiffs mailed a copy of the Summons and Complaint to the attention of PNC's corporate officers William S. Demchak (President), George Long (Secretary), Joseph Guyaux (Vice President), and William Parsley (Treasurer) in accordance with California Code of Civil Procedure section 415.40, which permits service by mail of an out-of-state defendant.

5.      On January 3, 2019, Plaintiffs filed a Proof of Service for PNC by and through service of the Summons and Complaint upon the following: William S. Demchak, President of PNC; George Long, Secretary of PNC; William Parsley, Treasurer of PNC; and Joseph Guyaux, Vice President of PNC. As such, PNC's responsive pleading was due on or before February 2, 2019.

6.      On **February 12, 2019**, PNC BANK, N.A., sued erroneously as THE PNC FINANCIAL SERVICES GROUP, INC., a Pennsylvania Corporation, successor by merger to NATIONAL CITY BANK, filed an Answer to Plaintiffs' Complaint.

7.      As for DREAMBUILDER, after reasonable diligence, Plaintiffs personally served Peter J. Andrews, an officer of DREAMBUILDER, at his home address pursuant to Rule 4 of the Federal Rules of Civil Procedure on January 17, 2019. Under Rule 12 of the Federal Rules of Civil Procedure, the applicable time limit for DREAMBUILDER to appear or otherwise respond to this action was **February 7, 2019**, which as of the date of this Declaration has since expired.

8.      On **February 20, 2019**, Plaintiffs filed an Application to the Court requesting that the Clerk enter default against DREAMBUILDER.

/ / /

BERDING & WEIL, LLP
2175 N California Blvd  Suite 500
Walnut Creek, California 94596

DECLARATION OF SCOTT M. MACKEY RE: SERVICE ON DEFENDANTS THE PNC FINANCIAL SERVICES GROUP, INC. AND DREAM BUILDER INVESTMENTS LLC

-2-

1       I declare under penalty of perjury under the laws of the State of California that the

2  foregoing is true and correct. Executed this 21st day of February, 2019, in Walnut Creek,

3  California.

4

5

6                                          Scott M. Mackey

7

8

9  X:\Wdocs\6799\94\PLD\00981147.DOCX

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

BERDING & WEIL, LLP
2175 N California Blvd  Suite 500
Walnut Creek, California 94596

**PROOF OF SERVICE**

**Case Name:**   *Stephen and Melinda Dreher v. The PNC Financial Services Group, Inc., et al.*
**Case No:**   U.S. States District Court – Central District California: 2:18-cv-07827-MWF-FFM

I am employed in the County of Contra Costa, State of California.  My business address is 2175 N. California Blvd., Suite 500, Walnut Creek, California 94596. I am over the age of eighteen years, and not a party to the within action.

On February 21, 2019, I served the within:

**DECLARATION OF SCOTT M. MACKEY IN RESPONSE TO ORDER
TO SHOW CAUSE RE: DISMISSAL FOR LACK OF PROSECUTION**

on the party[ies] listed below, addressed as follows:

**(SEE ATTACHED SERVICE LIST)**

☐   **By First Class Mail/Ordinary Business Practices [C.C.P. §§ 1013, 1013a].**  By causing a true copy thereof to be enclosed in a sealed envelope or package, addressed to the party[ies] as stated on the attached service list.  I am readily familiar with the firm's business practice for collection and processing of envelopes and packages for mailing with the United States Postal Service.  Under the firm's practice, mail is deposited in the ordinary course of business with the United States Postal Service at Walnut Creek, California, that same day, with postage thereon fully prepaid.  I am aware that upon motion of the party served, service is presumed invalid if postal cancellation date or postage meter date on the envelope or package is more than one day after the date of deposit for mailing.

☐   **By Overnight Delivery [C.C.P. § 1013, 1013a].**  By causing a true copy thereof to be enclosed in a sealed envelope or package designated by the express service carrier, with all delivery fees paid or provided for, addressed to the party[ies] as stated on the attached service list.  I am readily familiar with the firm's business practice for collection and processing of overnight deliveries for deposit in a box or other facility regularly maintained by the express service carrier, or delivered to an authorized courier or driver authorized by the express service carrier to receive documents.  Under the firm's practice, overnight deliveries are deposited in the ordinary course of business with the express service carrier at Walnut Creek, California, that same day.

☐   **By Personal Service [C.C.P. § 1011].**  By causing a true copy thereof to be hand-delivered in a sealed envelope or package addressed to the party[ies] as stated on the attached service list.

☒   **By Electronic Service.**  The above document was served electronically on the parties appearing on the attached service list associated with this case. A copy of the electronic mail transmission[s] will be maintained with the proof of service document.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.  Executed February 21, 2019, at Walnut Creek, California.

By:   _____
            Barbara Curzi

1

## SERVICE LIST

2

| **Case Name:** | *Stephen and Melinda Dreher v. The PNC Financial Services Group, Inc., et al.* |
| **Case No:** | U.S. States District Court – Central District California: 2:18-cv-07827-MWF-FFM |

3

4

Peter J. Van Zandt, Esq.
LeCLAIR RYAN, LLP

5

44 Montgomery Street, Suite 3100
San Francisco, CA 94104

6

Telephone: (415) 391-7111
Facsimile: (415) 391-8766

7

peter.vanzandt@leclairryan.com

8

Attorneys for Defendant
PNC BANK, N.A. sued erroneously as THE

9

PNC FINANCIAL SERVICES GROUP, INC.
Xa Pennsylvania Corporation, successor by

10

merger to NATIONAL CITY BANK

11

X:\Wdocs\6799\94\PLDPOS\00980042.DOCX

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28