Daniel L. Rottinghaus, California Bar No. 131949
Scott M. Mackey, California Bar No. 222217
Seema N. Kadaba, California Bar No. 304952
**BERDING & WEIL LLP**
2175 N. California Blvd, Suite 500
Walnut Creek, California 94596
Telephone:   925/838-2090
Facsimile:    925/820-5592
drottinghaus@berdingweil.com
smackey@berdingweil.com
skadaba@berdingweil.com

Attorneys for Plaintiffs
STEPHEN AND MELINDA DREHER

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| STEPHEN AND MELINDA DREHER, | Case No. 2:18-cv-07827 |
|---|---|
| Plaintiffs, | Assigned to Honorable Michael W. Fitzgerald |
| vs. | **PLAINTIFFS' NOTICE OF MOTION AND MOTION FOR PARTIAL SUMMARY JUDGMENT PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE RULE 56 TO ENFORCE BANKRUPTCY ORDER AND EXPUNGE LIEN** |
| THE PNC FINANCIAL SERVICES GROUP, INC., a Pennsylvania Corporation, successor by merger to/with NATIONAL CITY BANK; DREAMBUILDER INVESTMENTS, LLC, A New York Limited Liability Company; and DOES 1-50, | |
| Defendant. | Time:      May 20, 2019<br>Date:      10:00 a.m.<br>Location:  5A |
| | Complaint Filed: September 7, 2018 |

Please take notice that on May 20, 2019 at 10:00 a.m., or as soon thereafter as the matter may be heard, in Courtroom 5A of the above-referenced Court, located at First Street Courthouse, 350 West First Street, Los Angeles, California 90012, Plaintiffs STEPHEN and MELINDA DREHER ("Plaintiffs") will and hereby do move, for partial summary judgment, pursuant to Federal Rule of Civil Procedure Rule 56, specifically, to enforce the Bankruptcy Order and

-1-
PLAINTIFFS' NOTICE OF MOTION AND MOTION FOR PARTIAL SUMMARY JUDGMENT PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE RULE 56 TO ENFORCE BANKRUPTCY ORDER AND EXPUNGE LIEN

1  expunge the lien recorded by Defendant DREAMBUILDER INVESTMENTS LLC
2  ("DREAMBUILDER"), through an Assignment of Deed of Trust, recorded on March 24, 2017 at
3  10:44 a.m., by DREAMBUILDER in the Official Records Recorder's Office, Los Angeles
4  County, California, Document Number 13510211, Batch Number 8223281, 20170333743, on
5  Plaintiffs' real property, located at 546 North Highland Avenue, Los Angeles, California, 90036.
6  There is no dispute that this lien should not have been recorded on the property; thus, there is no
7  genuine issue of material fact, and Plaintiffs are entitled to partial summary judgment with regards
8  to the expungement of the lien.

9      This Motion is based upon this notice, the memorandum of points and authorities, the
10 declarations of Seema N. Kadaba, as well as the corresponding exhibits, the Request for Judicial
11 Notice and attached exhibits, served and filed herewith, and on all documents and records on file
12 in this action, and on such oral documentary evidence as may be presented at the hearing.

13 Date: April 22, 2019                    **BERDING & WEIL LLP**

By: _____
Daniel L. Rottinghaus
Scott M. Mackey
Seema N. Kadaba
Attorneys for Plaintiffs
STEPHEN and MELINDA DREHER

X:\Wdocs\6799\94\PLD\00989376.DOCX

-2-
PLAINTIFFS' NOTICE OF MOTION AND MOTION FOR PARTIAL SUMMARY JUDGMENT PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE RULE 56 TO ENFORCE BANKRUPTCY ORDER AND EXPUNGE LIEN

BERDING & WEIL, LLP
2175 N California Blvd Suite 500
Walnut Creek, California 94596