| | |
|---|---|
| 1 | PETER J. VAN ZANDT (152321) |
| 2 | peter.vanzandt@leclairryan.com<br>**LECLAIRRYAN PLLC** |
| 3 | 44 Montgomery Street, Suite 3100<br>San Francisco, CA  94104 |
| 4 | Telephone: (415) 391-7111<br>Facsimile: (415) 391-8766 |
| 5 | ROBERT J. EMANUEL, *Pro Hac Vice* |
| 6 | robert.emanuel@lelciarryan.com<br>**LECLAIRRYAN PLLC** |
| 7 | 111 W. Jackson, Suite 1700<br>Chicago, Illinois 60604 |
| 8 | Telephone:   (312) 273-1218<br>Facsimile:   (312) 273-1276 |
| 9 | Attorneys for Defendant *PNC BANK, N.A.,* |
| 10 | *sued erroneously as THE PNC FINANCIAL SERVICES GROUP, INC. a Pennsylvania* |
| 11 | *Corporation, successor by merger to NATIONAL CITY BANK* |

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| STEPHEN AND MELINDA DREHER,<br><br>                Plaintiffs,<br><br>vs.<br><br>THE PNC FINANCIAL SERVICES GROUP, INC. a Pennsylvania Corporation, et al.,<br><br>                Defendants. | **Case No.: 2:18-cv-07827-MWF-FFM**<br><br>*Assigned to the Honorable Judge, Michael W. Fitzgerald*<br><br>**PNC BANK, N.A.'S NOTICE OF NON-OPPOSITION TO PLAINTIFFS' MOTION FOR PARTIAL SUMMARY JUDGMENT AS AGAINST DREAM BUILDER INVESTMENTS, LLC**<br><br>DATE:   June 3, 2019<br>TIME:    10:00 a.m.<br>PLACE:  Courtroom 5A<br><br>*Complaint Filed:  September 7, 2018* |

Plaintiffs Stephen and Melinda Dreher ("Plaintiffs") have filed a Motion for Partial Summary Judgment against defendant Dream Builder Investments, LLC ("Dream Builder"). (D.E. 42.) For relief, Plaintiffs seek to expunge a lien on their property arising from a deed of trust recorded by Dream Builder in March 2017. (*Id.*)

Plaintiffs' Motion is not directed toward PNC Bank, N.A. ("PNC"). Nor does the Motion seek any relief from PNC, which sold and assigned its interest in Plaintiffs' loan to Dream Builder in 2010 (some seven years before Dream Builder is alleged to have recorded the deed of trust). Under the circumstances, PNC does not oppose the Plaintiffs' Motion or the relief sought therein.

While PNC does not oppose Plaintiffs' Motion, PNC's position should not be interpreted as concession of the facts set forth in Plaintiffs' Statement of Uncontroverted Facts. (D.E. 42-1.) PNC expressly reserves the right to respond to and contest any such statement of facts if and when Plaintiffs file a Motion for Summary Judgment as against PNC.

DATED: May 13, 2019            **LECLAIRRYAN PLLC**

By: */s/ Robert J. Emanuel*
    Peter J. Van Zandt
    Robert J. Emanuel

    Attorneys for Defendant
    PNC BANK, N.A., sued erroneously
    as THE PNC FINANCIAL
    SERVICES GROUP, INC. a
    Pennsylvania Corporation, successor
    by merger to NATIONAL CITY
    BANK