1 | Daniel L. Rottinghaus, California Bar No. 131949
2 | Scott M. Mackey, California Bar No. 222217
  | Seema N. Kadaba, California Bar No. 304952
3 | **BERDING & WEIL LLP**
  | 2175 N. California Blvd, Suite 500
4 | Walnut Creek, California 94596
  | Telephone: 925/838-2090
5 | Facsimile: 925/820-5592
  | drottinghaus@berdingweil.com
6 | smackey@berdingweil.com
  | skadaba@Berdingweil.com
7
  | Attorneys for Plaintiffs
8 | STEPHEN and MELINDA DREHER

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| STEPHEN and MELINDA DREHER, | No. 2:18-cv-07827 |
|---|---|
| Plaintiffs, | Assigned to Honorable Michael W. Fitzgerald |
| vs. | **PLAINTIFFS NOTICE OF MOTION AND MOTION FOR LEAVE TO FILE AN AMENDED COMPLAINT** |
| THE PNC FINANCIAL SERVICES GROUP, INC., a Pennsylvania Corporation, successor by merger to/with NATIONAL CITY BANK; DREAMBUILDER INVESTMENTS, LLC, a New York Limited Liability Company; and DOES 1-50, | **Date:** December 16, 2019
**Time:** 10:00 a.m.
**Location:** Courtroom 5A |
| Defendant. | Complaint Filed: September 7, 2018
Trial Date: March 2, 2020 |

Please take notice that on December 16, 2019 at 10:00 a.m., or as soon thereafter as the matter may be heard, in Courtroom 5A of the above-referenced Court, located at 350 West First Street, Courtroom 5A, Los Angeles, California 90012, Plaintiffs STEPHEN and MELINDA DREHER ("Plaintiffs") will and hereby do move for an order granting their Motion for Leave to File their [Proposed] Amended Complaint, pursuant to Federal Rule of Civil Procedure 15(a)(2), Federal Rule of Civil Procedure 20, and case law favoring trial on the merits and liberally allowing a party leave to amend its pleading.

/ / /

1  This [Proposed] Amended Complaint is necessary because Plaintiffs recently discovered the new party who purchased the lien and obligations therein, AMERICAN SERVICING AND RECOVERY GROUP LLC. Moreover, Plaintiffs had communicated to Defendant THE PNC FINANCIAL SERVICES GROUP, INC. ("PNC") of the desire to amend the pleadings; however, both parties decided to focus on alternative dispute resolution rather than motion practice. At the October 30, 2019 mediation, it became clear that the parties' understanding of the issues were at odds. As such, Plaintiffs immediately prepared the [Proposed] Amended Complaint and requested PNC's consent to file. As PNC declined to provide consent, Plaintiffs now bring the instant motion for leave to amend. The inclusion of this additional party and the claims asserted herein are essential in this matter and vital to avoid multiple lawsuits arising out of the same transaction.

This Motion is based upon the Memorandum of Points and Authorities, the Declaration of Seema N. Kadaba, the [Proposed] Amendment to the Complaint, and the [Proposed] Order submitted concurrently herewith, as well as all pleadings and records thus far submitted to this Court.

Dated: November 13, 2019

**BERDING & WEIL LLP**

By:_____
Daniel L. Rottinghaus
Scott M. Mackey
Seema N. Kadaba
Attorneys for Plaintiffs
STEPHEN and MELINDA DREHER

4822-6768-5804, v. 1