1  Daniel L. Rottinghaus, California Bar No. 131949
   Scott M. Mackey, California Bar No. 222217
2  Seema N. Kadaba, California Bar No. 304952
   **BERDING & WEIL LLP**
3  2175 N. California Blvd, Suite 500
   Walnut Creek, California 94596
4  Telephone:    925/838-2090
   Facsimile:    925/820-5592
5  drottinghaus@berdingweil.com
   smackey@berdingweil.com
6  skadaba@Berdingweil.com

7  Attorneys for Plaintiffs
   STEPHEN and MELINDA DREHER
8

9             UNITED STATES DISTRICT COURT

10            CENTRAL DISTRICT OF CALIFORNIA

11

12 | STEPHEN and MELINDA DREHER, | No. 2:18-cv-07827
13 |         Plaintiffs, | **PLAINTIFFS STEPHEN AND MELINDA DREHER'S NOTICE OF TAKING THE DEPOSITION OF THE PERSON MOST KNOWLEDGEABLE AT THE PNC FINANCIAL SERVICES GROUP, INC. - THOMAS MORRIS**
14 |   vs. |
15 | THE PNC FINANCIAL SERVICES GROUP, INC., a Pennsylvania Corporation, successor by merger to/with NATIONAL CITY BANK; DREAMBUILDER INVESTMENTS, LLC, a New York Limited Liability Company; and DOES 1-50, |
16 | |
17 | |
18 | |
19 |         Defendant. |

20        TO ALL PARTIES AND TO THEIR ATTORNEYS OF RECORD:

21        PLEASE TAKE NOTICE that on **December 19, 2019, beginning at 10:00 a.m.**, Plaintiffs

22 STEVEN AND MELINDA DREHER will take the deposition of the Person Most Knowledgeable

23 at THE PNC FINANCIAL SERVICES GROUP, INC., Thomas Morris.  The deposition testimony

24 will be before a Certified Court Reporter and Notary Public in and for the State of California, at

25 the offices of Berding & Weil LLP, 2175 N. California Blvd., Suite 500, Walnut Creek,

26 California.  Should the deposition not be completed on the date referenced above, it shall continue

27 from day to day, excepting Sundays and holidays, until completed.

28 / / /

-1-

PLAINTIFFS STEPHEN AND MELINDA DREHER'S NOTICE OF TAKING THE DEPOSITION OF THE PERSON MOST KNOWLEDGEABLE AT THE PNC FINANCIAL SERVICES GROUP, INC. -THOMAS MORRIS

**BERDING & WEIL, LLP**
2175 N California Blvd  Suite 500
Walnut Creek, California 94596

PLEASE ALSO TAKE NOTICE that pursuant to the Federal Rules of Civil Procedure 30(b)(3)(A), in addition to recording the testimony by stenographic method, this deposition may be videotaped and/or audio taped and that the video and/or audio tape may be used at the time of trial.

## TOPICS OF EXAMINATION

1. Procedures for creating records at PNC.
2. Procedures for maintaining records at PNC.
3. Procedures for integrating records from prior loan lenders at PNC.
4. Procedures for integrating records from prior loan servicers at PNC.
5. Procedures for selling loans from PNC to new lenders.
6. Procedures for selling loans from PNC to new servicers.
7. Procedures for transferring loans from PNC to new lenders.
8. Procedures for transferring loans from PNC to new servicers.
9. Procedures for selling Stephen Dreher's loan number ending in 9653 to American Servicing and Recovery Group, LLC.
10. Procedures for transferring Stephen Dreher's loan number ending in 9653 to American Servicing and Recovery Group, LLC.
11. The Non-Performing Loan Purchase and Interim Servicing Agreement between PNC and American Servicing and Recovery Group, LLC, dated July 30, 2010.
12. Assignment of Deed of Trust to Dreambuilders Investments, LLC, dated August 12, 2010.

Dated: November 19, 2019

**BERDING & WEIL LLP**

By: _____
Daniel L. Rottinghaus
Scott M. Mackey
Seema N. Kadaba
Attorneys for Plaintiffs
STEPHEN and MELINDA DREHER

4850-8826-3853, v. 1

PLAINTIFFS STEPHEN AND MELINDA DREHER'S NOTICE OF TAKING THE DEPOSITION OF THE PERSON MOST KNOWLEDGEABLE AT THE PNC FINANCIAL SERVICES GROUP, INC. -THOMAS MORRIS

BERDING & WEIL, LLP
2175 N California Blvd  Suite 500
Walnut Creek, California 94596

# PROOF OF SERVICE

**Case Name:** *Stephen and Melinda Dreher v. The PNC Financial Services Group, Inc., et al.*
**Case No:** U.S. States District Court – Central District California: 2:18-cv-07827-MWF-FFM

I am employed in the County of Contra Costa, State of California. My business address is 2175 N. California Blvd., Suite 500, Walnut Creek, California 94596. I am over the age of eighteen years, and not a party to the within action.

On November 19, 2019, I served the within:

**PLAINTIFFS STEPHEN AND MELINDA DREHER'S NOTICE OF TAKING THE DEPOSITION OF THE PERSON MOST KNOWLEDGEABLE AT THE PNC FINANCIAL SERVICES GROUP, INC. -- THOMAS MORRIS**

on the party[ies] listed below, addressed as follows:

**(SEE ATTACHED SERVICE LIST)**

☒ **By Electronic Service.** The above document was served electronically on the parties appearing on the attached service list associated with this case. A copy of the electronic mail transmission[s] will be maintained with the proof of service document.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct. Executed November 19, 2019, at Walnut Creek, California.

By: *Barbara Curzi*
Barbara Curzi

# **SERVICE LIST**

**Case Name:** *Stephen and Melinda Dreher v. The PNC Financial Services Group, Inc., et al.*
**Case No:** U.S. States District Court – Central District California: 2:18-cv-07827-MWF-FFM

| | |
|---|---|
| Helen Mosothoane, Esq.<br>McGLINCHEY STAFFORD<br>6688 N. Central Expressway, Suite 400<br>Dallas, TX 75206<br>214-445-2445 / 214-445-2450 fax<br><br>hmosothoane@mcglinchey.com<br><br>Attorneys for Defendant<br>PNC BANK, N.A. sued erroneously as THE PNC FINANCIAL SERVICES GROUP, INC. a Pennsylvania Corporation, successor by merger to NATIONAL CITY BANK | Brian A. Paino, Esq.<br>Helen Mosothoane , Esq.<br>Robert J. Im, Esq.<br>McGLINCHEY STAFFORD<br>18201 Von Karman Avenue, Suite 350<br>Irvine, CA 92612<br>949-381-5900 / 949-271-4040 fax<br><br>bpaino@mcglinchey.com<br>hmosothoane@mcglinchey.com<br>rim@mcglinchey.com<br><br>Attorneys for Defendant<br>PNC BANK, N.A. sued erroneously as THE PNC FINANCIAL SERVICES GROUP, INC. a Pennsylvania Corporation, successor by merger to NATIONAL CITY BANK |

4831-3082-4100, v. 1