**McGLINCHEY STAFFORD**
Brian A. Paino (SBN 251243)
Helen Mosothoane (SBN 254511)
18201 Von Karman Avenue, Suite 350
Irvine, California 92612
Telephone:  (949) 381-5900
Facsimile:   (949) 271-4040
Email:        bpaino@mcglinchey.com
                  hmosothoane@mcglinchey.com

Attorneys for *Defendant* **PNC Bank, N.A., sued erroneously as THE PNC FINANCIAL SERVICES GROUP, INC. a Pennsylvania Corporation, successor by merger to NATIONAL CITY BANK**

### UNITED STATES DISTRICT COURT

### CENTRAL DISTRICT OF CALIFORNIA – WESTERN DIVISION

| | |
|---|---|
| STEPHEN AND MELINDA DREHER, <br><br> Plaintiffs, <br><br> v. <br><br> THE PNC FINANCIAL SERVICES GROUP, INC. a Pennsylvania Corporation, successor by merger to/with NATIONAL CITY BANK; DREAMBUILDER INVESTMENTS, LLC, A New York Limited Liability Company; and DOES 1-50, <br><br> Defendants. | Case No.: 2:18-cv-07827-MWF-FFM <br><br> **DECLARATION OF BRIAN A. PAINO IN SUPPORT OF PNC BANK, N.A.'S REPLY TO PLAINTIFFS' OPPOSITION TO MOTION FOR SUMMARY JUDGMENT OR, IN THE ALTERNATIVE, FOR PARTIAL SUMMARY JUDGMENT** <br><br> **Hearing**: <br> Date:   December 16, 2019 <br> Time:   10:00 a.m. <br> Judge:  Hon. Michael W. Fitzgerald <br><br> Action Filed: September 7, 2018 <br> Trial Date: March 2, 2020 |

I, Brian A. Paino, declare as follows:

1. I am admitted to practice before this Court and am a Member of McGlinchey Stafford, attorneys of record in this case for *defendant* PNC Bank, N.A., sued erroneously as The Financial Services Group, Inc., a Pennsylvania Corporation, successor by merger to National City Bank ("PNC"). This declaration is submitted in support of PNC's reply to *plaintiffs* Stephen Dreher and Melinda Dreher's (collectively "Plaintiffs") Opposition to Motion for Summary Judgment or, in the

1

Alternative, for Partial Summary Judgment. I have personal knowledge of the matters stated herein and, if called to testify, could competently testify to these matters.

2. On October 30, 2019, I attended a settlement conference in this case before the Honorable Magistrate Judge Frederick F. Mumm. Richard Klein of PNC attended the conference along with me as a representative of PNC.

3. At the settlement conference, I had an opportunity to speak with Plaintiffs' counsel about this lawsuit. Plaintiffs' counsel and I discussed the merits of Plaintiffs' claims against PNC at length. As part of these discussions, the parties discussed the possibility of filing dispositive motions due to the impasse the parties had reached regarding their respective positions, with PNC making clear that it intended to file a dispositive motion. Plaintiffs' counsel expressed that Plaintiffs were also interested in filing a dispositive motion, including a possible joint dispositive motion addressing the issue of whether PNC owed Plaintiffs a "duty." Plaintiffs' counsel insisted throughout the settlement conference that Plaintiffs' existing claims against PNC were viable as pled. Judge Mumm even agreed that motion practice would likely be necessary to resolve the impasse between the parties regarding their respective positions.

I declare under penalty of perjury that the foregoing is true and correct. Executed this 2nd day of December, 2019, at Irvine, California.

/s/ Brian A. Paino
BRIAN A. PAINO