**FILED**

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

FEB 28 2023

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| STEPHEN DREHER; MELINDA DREHER, <br><br> Plaintiffs-Appellants, <br><br> v. <br><br> PNC BANK, N.A., a Pennsylvania Corporation, successor by merger to/with National City Bank; AMERICAN SERVICING AND RECOVERY GROUP LLC, a Texas limited liability company, <br><br> Defendants-Appellees, <br><br> and <br><br> DREAMBUILDER INVESTMENTS, LLC, A New York Limited Liability Company; et al., <br><br> Defendants. | No.   22-55561 <br><br> D.C. No. 2:18-cv-07827-MWF-FFM Central District of California, Los Angeles <br><br> ORDER |

Pursuant to the stipulation of the parties (Docket Entry No. 19), this appeal is voluntarily dismissed. Fed. R. App. P. 42(b). The parties shall bear their own costs and fees on appeal.

A copy of this order shall serve as and for the mandate of this court.

FOR THE COURT:

By: Jonathan Westen
Circuit Mediator